JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>SUPER CENTER CONCEPTS, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: CV 14-6764-GW(MANx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

### ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: December 10, 2014

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE